■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRET T. SISCO, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Nassau County (Harrington, J.), imposed February 21, 1989, upon his conviction of burglary in the second degree, upon his plea of guilty.

Ordered that the sentence is affirmed *(see, People v Medina,* 140 AD2d 549; *People v Albano,* 124 AD2d 739, 740). Mollen, P. J., Lawrence, Kooper and Harwood, JJ., concur.